IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREEN INGELIDO; ANGELA M. OHODNICKI; AND ADELE M. PERRY, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | Civil Action No. 09-0870 |
| v. | JUDGE GARY L. LANCASTER |
| NUTRITION, INC. | Electronically Filed |
| Defendant. | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: 8 YWa VYf ' $ž&$%$          g#; Uf m @" @UbWUghYf
                                  Gary L. Lancaster, 7\ ]YZU"S"D]ghf]Wh Ji X[ Y